UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAR 1 2 2008

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES | ) |
| v. | ) No. 08 CR 208 |
| LORNA A. CLARKE | ) MAGISTRATE JUDGE ASHMAN |
| | ) UNDER SEAL |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT AND ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that complaint and arrest warrant be sealed until April 12, 2008.

In support of its motion, the government states that disclosure of the information contained in this search warrant could disclose the existence of the government's investigation to others, and hinder subsequent investigation. Specifically, the government believes that the subject investigation may be involved with other individuals who are either victims, or co-conspirators, and the government may seek to have the subject of this investigation cooperate to further the investigation.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _/s/ M. David Weisman_
M. DAVID WEISMAN
Assistant U.S. Attorney
219 South Dearborn, Rm. 500
Chicago, Illinois 60604
(312) 353-2119

Date: March 12, 2008