MAH

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States of America,
v.
Clarke

Case Number:

08 CR 208-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lorna Clarke

FILED
3-13-2008
MAR 1 3 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| **NAME (Type or print)** Daniel J. Hesler | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ | |
| **FIRM** FEDERAL DEFENDER PROGRAM | |
| **STREET ADDRESS** 55 E. Monroe Street, Suite 2800 | |
| **CITY/STATE/ZIP** Chicago, Illinois 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6225161 | **TELEPHONE NUMBER** (312) 621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒ | |