UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )        No. 08 CR 208
                 v.                  )
Lorna Clarke                         )        Judge Martin C. Ashman
                                     )

## ATTORNEY DESIGNATION

      Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:         s:/ Renato T. Mariotti
             Renato T. Mariotti
             Assistant United States Attorney
             219 South Dearborn Street
             Chicago, Illinois 60604
             (312) 886-7855

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

## ATTORNEY DESIGNATION

was served on March 21, 2008 in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By:     s:/ Renato T. Mariotti
        Renato T. Mariotti
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-7855