**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>USA v. Lorna A. Clarke | Case Number: 08 CR 00208 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lorna A. Clarke

| |
|---|
| NAME (Type or print)<br>BENJAMIN E. STARKS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Benjamin E. Starks |
| FIRM<br>Starks & Boyd, P.C. |
| STREET ADDRESS<br>11528 S. Halsted |
| CITY/STATE/ZIP<br>Chicago, IL 60628 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2706962 | TELEPHONE NUMBER<br>(773) 995-7900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓       APPOINTED COUNSEL ☐