# 2706962

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CR 00208 |
| | ) | |
| v. | ) | Magistrate Judge: MARTIN C. ASHMAN |
| | ) | |
| LORNA A. CLARKE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## NOTICE OF FILING

TO:   See Exhibit "A", Service list

PLEASE TAKE NOTICE that on APRIL __1__, 2008, the undersigned filed, with the Clerk of the above court the following: **APPEARANCE**


　　　　　　　　　　　　　　　　　　___/S/ Benjamin E. Starks___
　　　　　　　　　　　　　　　　　　BENJAMIN E. STARKS # 2706962


## ATTORNEY'S PROOF OF SERVICE

　　　I, BENJAMIN E. STARKS, the attorney, state under oath that he caused a copy of the above document(s) to be mailed to the above-designated person(s) on or about April **1**, 2008. Parties able to receive electronic filing also receive a copy electronically.


　　　　　　　　　　　　　　　　　　___/S/ Benjamin E. Starks___
　　　　　　　　　　　　　　　　　　BENJAMIN E. STARKS # 2706962


**STARKS & BOYD, P.C.**
**Attorneys at Law**
**11528 S. Halsted,**
**Chicago, IL  60628**
**Ph#  (773) 995-7900**
**Fax#(773) 995-7921**

**EXHIBIT "A"**
**SERVICE LIST**

1. Attorney Daniel Hesler
   55 E. Monroe Street, Suite 2800
   Chicago, IL 60603
   Email:  daniel_hesler@fdj.gov

2. AUSA
   United States Attorney's Office (NDIL)
   219 S. Dearborn Street, Suite 500
   Chicago, IL 60604
   Email:  USAILN.ECFAUSA@usdoj.gov

3. Attorney Renato T. Mariotti
   United States Attorney's Office (NDIL)
   219 S. Dearborn Street, Suite 500
   Chicago, IL 60604
   Email:  renato.mariotti@usdoj.gov

4. Pretrial Services
   Email:  ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

5. Probation Department
   Email:  Intake_Docket_ILNP@ilnp.uscourts.gov