# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 208 - 1 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. Lorna A. Clarke | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination hearing. Daniel J. Hesler from the Federal Defender Program is granted leave to withdraw as counsel for defendant. Benjamin E. Starks files his appearance as retained counsel for defendant. Defendant waives her right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | IS |
|---|---|---|