08 GJ 105

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 CR 0208 | DATE | APRIL 14, 2008 |
| CASE TITLE | US v. LORNA A. CLARKE and MARLIN MARTINEZ | | |

Motion:  (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

### SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

Docket Entry:

BOND SET IN 08 CR 0208 TO STAND AS BOND IN THIS INSTANCE AS TO BOTH DEFENDANTS.

JUDGE JOHN W. DARRAH

MAGISTRATE JUDGE ASHMAN

FILED

APR 1 5 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____   (ONLY IF FILED
OR MAGISTRATE JUDGE                       UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Number of notices | DOCKET# |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing | |
| | Notified counsel by telephone. | | dpty. initials | |
| | Docketing to mail notices. | | Date mailed notice | |
| | Mail AO 450 form. | | Mailing | |
| | Copy to judge/magistrate judge. | | dpty. initials | |
| | Courtroom Deputy initials | Date/time received in Central Clerk's office | | |