## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 208 - 1,2 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. Lorna A. Clarke, Marlin Martinez | | |

**DOCKET ENTRY TEXT**

Status hearing held. Jury trial set for 8/25/08 for defendants Lorna A. Clarke and Marlin Martinez. In the interests of justice, time is ordered excluded to 8/25/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 208 - 1,2 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. Lorna A. Clarke, Marlin Martinez | | |

**DOCKET ENTRY TEXT**

Status hearing held. Jury trial set for 8/25/08 for defendants Lorna A. Clarke and Marlin Martinez. In the interests of justice, time is ordered excluded to 8/25/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|