## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 208 - 1,2 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA vs. Lorna A. Clarke, Marlin Martinez | | |

**DOCKET ENTRY TEXT**

Government's application for order to disclose tax returns & return information [28] is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|