## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 208 - 1 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. Lorna A. Clarke | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held as to defendant Lorna A. Clarke. Defendant withdraws her plea of not guilty and enters a plea of guilty to count one of the superseding indictment. Judgment of guilty entered. Enter plea agreement. Cause is referred to the probation office for a presentence investigation report. Sentencing set for 11/20/08 at 1:00 p.m. Jury trial set for 8/25/08 is vacated.

*Docketing to mail notices.*

00:30



| | Courtroom Deputy Initials: | MF |
|---|---|---|